**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Elisa J. Mandelos, Patricia Asaro, Jennifer Turchiano
and Heather M. Pedersen,

Plaintiff,

-against-

Midland Credit Management, Inc.,

Defendant.

**FILED**
**CLERK**

2:10 pm, May 09, 2019

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Docket No: 2:18-cv-03154-JS-ARL

*ORDER*

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the

above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of

Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 30, 2019

**TROUTMAN SANDERS LLP**

By:   /s Stephen Steinlight
Stephen Steinlight, Esq.
875 Third Avenue
New York, New York 10022
Tel: (212) 704-6000
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s David M. Barshay
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113877
*Attorneys for Plaintiff*

The Clerk of the Court is directed to
mark the case CLOSED.

SO ORDERED:

/s/ JOANNA SEYBERT

Joanna Seybert, USDJ
Dated:   May 9, 2019
Central Islip, NY